```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/09
```

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (212) 294-6700 | 25 AVENUE MARCEAU<br>75116 PARIS, FRANCE |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | FACSIMILE (212) 294-4700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | www.winston.com | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

THOMAS P. LANE
(212) 294-6869
tlane@winston.com

April 15, 2009

**VIA FACSIMILE**

Honorable Paul G. Gardephe
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 920
New York, NY 10007

Re: <u>Free Software Foundation, Inc. v. Cisco Systems, Inc. 08-CV-10764</u>

Dear Judge Gardephe:

We have recently been retained as litigation counsel to Cisco Systems, Inc. in connection with the referenced matter. Although we are mindful of this Court's March 9, 2009 order related to extensions (granted upon Plaintiff's request and when our client was without litigation counsel), we respectfully request that in light of our recent retention and ongoing (and we believe productive) conversations related to settlement, the time for Cisco to answer or otherwise move be extended from April 17, 2009 to May 1, 2009. Plaintiff has consented to this brief extension.

We look forward to meeting with Your Honor on April 21, 2009 for our case management conference.

Respectfully submitted,

Thomas P. Lane

TPL:vp
cc: Daniel B. Ravicher, Esq. (by email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: April 16, 2009

NY:1235619.1