# WINSTON & STRAWN LLP

214 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1078

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG3

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

4 STASOVOY ULITSA
119071 MOSCOW, RUSSIAN FEDERATION

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5401

25, AVENUE MARCEAU
CS 31621
75773 PARIS CEDEX 16

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5802

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

Thomas P. Lane
(212) 294-6869
tlane@winston.com

April 17, 2009

**VIA FACSIMILE**

Honorable Paul G. Gardephe
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 920
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/09
```

Re:   Free Software Foundation, Inc. v. Cisco Systems, Inc. 08-CV-10764

Dear Judge Gardephe:

     We represent the defendant Cisco Systems, Inc. in connection with the referenced matter, and have a scheduled case management conference on Tuesday, April 21, 2009 at 10:00 a.m. Although I plan to attend the conference in person, I would respectfully request that my colleague (and lead counsel to be admitted *pro hac vice*) Andrew Bridges be permitted to appear by telephone. Mr. Bridges is resident in our San Francisco, California office.

     The parties continue to make progress in settlement discussions, and we are hopeful to not only save a cross-country trip but also avoid taking up too much of Your Honor's time on Tuesday.

Respectfully submitted,

Thomas P. Lane

MEMO ENDORSED

The Application is granted.

SO ORDERED

Paul A. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: April 17, 2009

TPL:rjp
cc:   Daniel B. Ravicher, Esq. (by email)

NY:1235979.1