UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREE SOFTWARE FOUNDATION, INC.,
a Massachusetts nonprofit corporation,

        Plaintiff,

v.

CISCO SYSTEMS, INC.,
a California corporation

        Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/09

ECF CASE

08 Civ. 10764 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS during an April 21, 2009 conference in the above-captioned action both parties consented to a thirty-day order dismissing this action with prejudice; it is hereby

        ORDERED that the above-captioned action shall be dismissed with prejudice but without costs; provided, however, that either party may apply to this Court by letter before **May 21, 2009** for restoration of the action to the Court's calendar.

        The Clerk of the Court is directed to close the case.

Dated: New York, New York
      April 21, 2009

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge